Scott J. Sagaria (SBN 217981)
SJSagaria@sagarialaw.com
Elliot W. Gale (SBN 263326)
EGale@sagarialaw.com
Joe Angelo (SBN 268542)
JAngelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste 100
Roseville, CA 95661
Telephone:  (408) 279-2288
Facsimile:  (408) 297-2299

Attorneys for Plaintiff Gregory Kerr

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY KERR,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ADVANCE AMERICA dba CASH ADVANCE CENTERS OF CALIFORNIA,<br><br>　　　　　　Defendants. | Case No.: 5:17-cv-02932-HRL<br><br>NOTICE OF SETTLEMENT WITH DEFENDANT ADVANCE AMERICA dba CASH ADVANCE CENTERS OF CALIFORNIA |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

　　**PLEASE TAKE NOTICE THAT** plaintiff Gregory Kerr and defendant Advance America Cash Advance Centers of California, LLC dba Advance America Cash Advance (sued as "Advance America dba Cash Advance Centers of California, LLC), by and through their respective counsel of record, have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement.  The Parties believe the settlement will be finalized within sixty (60) days and will request dismissal of Advance America Cash Advance Centers of California, LLC dba Advance America Cash Advance (sued as "Advance America dba Cash Advance Centers of California, LLC) from this action upon finalization.

//

//

**Sagaria Law, P.C.**

Dated: August 28, 2017  By: /s/ *Elliot Gale*
Elliot Gale
Attorneys for Plaintiff

**Severson & Werson, APC**

Dated: August 28, 2017  By: /s/ *Alisa Alexandra Givental*
Alisa Alexandra Givental
Attorneys for Defendant
Advance America Cash Advance Centers of California, LLC dba Advance America Cash Advance (sued as "Advance America dba Cash Advance Centers of California, LLC)

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Notice. I hereby attest that Alisa Alexandra Givental has concurred in this filing.

/s/ *Elliot Gale*

NOTICE OF SETTLEMENT WITH DEFENDANT ADVANCE AMERICA dba CASH ADVANCE CENTERS OF CALIFORNIA -2-