Scott J. Sagaria (SBN 217981)
SJSagaria@sagarialaw.com
Elliot W. Gale (SBN 263326)
EGale@sagarialaw.com
Joe Angelo (SBN 268542)
JAngelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste 100
Roseville, CA 95661
Telephone: (408) 279-2288
Facsimile: (408) 297-2299

Attorneys for Plaintiff Gregory Kerr

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY KERR,<br><br>  Plaintiff,<br><br>  v.<br><br>ADVANCE AMERICA DBA CASH ADVANCE CENTERS OF CALIFORNIA, LLC and DOES 1 through 100, inclusive,<br><br>  Defendant. | Case No.: 5:17-cv-02932-HRL<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT ADVANCE AMERICA, CASH ADVANCE CENTERS OF CALIFORNIA, LLC d/b/a/ ADVANCE AMERICA;[PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Gregory Kerr and defendant Advance America, Cash Advance Centers of California, LLC d/b/a Advance America (erroneously sued as "Advance America dba Cash Advance Centers of California, LLC") ("Defendant") that Defendant be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

//

12327.0012/10944394.1 STIPULATION FOR DISMISSAL OF DEFENDANT ADVANCE AMERICA, CASH ADVANCE CENTERS OF CALIFORNIA, LLC d/b/a/ ADVANCE AMERICA; [PROPOSED] ORDER -1-

DATED: October 19, 2017              **Sagaria Law, P.C.**

                                 By:    */s/ Elliot Gale*
                                        Elliot Gale
                                        Attorney for Plaintiff Gregory Kerr


DATED: October 19, 2017              **Severson & Werson, APC**

                                 By:    */s/ Alisa Alexandra Givental*
                                        Alisa Alexandra Givental
                                        Attorney for Defendant Advance America,
                                        Cash Advance Centers of California, LLC
                                        d/b/a Advance America

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Alisa Alexandra Givental has concurred in this filing.

*/s/ Elliot Gale*

## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Advance America, Cash Advance Centers of California, LLC d/b/a Advance America is dismissed with prejudice.

IT IS SO ORDERED.

DATED: _____                         _____
                                             Hon. Howard R. Lloyd
                                             UNITED STATES DISTRICT JUDGE

12327.0012/10944394.1 STIPULATION FOR DISMISSAL OF DEFENDANT ADVANCE AMERICA, CASH ADVANCE CENTERS OF CALIFORNIA, LLC d/b/a/ ADVANCE AMERICA; [PROPOSED] ORDER -2-